NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**BRYANT C. JONES,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD**
*Respondent.*

---

2010-3074

---

Appeal from the Merit Systems Protection Board in
Case No. CH0752090905-I-1.

---

**JUDGMENT**

---

GREGORY T. MITCHELL, Law Office of Gregory T.
Mitchell, of Homewood, Illinois, argued for petitioner.

DAVID S. BROOKS, Attorney, Office of the General
Counsel, Merit Systems Protection Board, of Washington,
DC, argued for respondent.  With him on the brief were
JAMES M. EISENMANN, General Counsel, and KEISHA
DAWN BELL, Deputy General Counsel.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, SCHALL, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 2, 2010 | /s/ Jan Horbaly |
| Date | Jan Horbaly<br>Clerk |